```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION


UNITED STATES OF AMERICA,        :
                                 :
          Plaintiff,             :
                                 :          CRIMINAL ACTION
     vs.                         :
                                 :          NO. 1:01-CR-643-RWS
CHARLES R. SANTA MARIA, JR.,     :
                                 :
          Defendant.             :
```

### SATISFACTION OF MONETARY PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

                              Respectfully submitted,

                              DAVID E. NAHMIAS
                              UNITED STATES ATTORNEY


                              /s/CYNTHIA B. SMITH
                              ASSISTANT UNITED STATES ATTORNEY
                              Georgia Bar No. 655473

                              600 United States Courthouse
                              75 Spring Street, S.W.
                              Atlanta, Georgia 30303
                              Ph.:  404-581-6350
                              Fax:  404-581-6167
                              cynthia.smith2@usdoj.gov

CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by hand delivery a copy of the same addressed as follows:

        Charles R. Santa Maria, Jr.,
        370 Eastcote Drive
        Atlanta, GA 30350

This 29th day of September, 2006 .

        /s/CYNTHIA B. SMITH
        ASSISTANT U.S. ATTORNEY
        cynthia.smith2@usdoj.gov